UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAYLE MARSHALL,

    Plaintiff,

v.    Case No. 10-12344

MORTGAGE ELECTRONIC    Honorable Patrick J. Duggan
REGISTRATION SYSTEMS,

    Defendant.
_____/

## JUDGMENT

On May 11, 2010, Plaintiff filed an action alleging violations of the Truth in Lending Act, the Real Estate Settlement Procedures Act, and state foreclosure laws. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

DATE: September 22, 2010        s/PATRICK J. DUGGAN
                                            UNITED STATES DISTRICT JUDGE

Copies to:

Gayle Marshall
8887 Knottingham Drive
Ypsilanti, MI 48197

Matthew Boettcher, Esq.